LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

OCT 17 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00099 |
| Plaintiff, ) | |
| ) | **INFORMATION** |
| ) | |
| ) | **BANK FRAUD** |
| ) | [18 U.S.C. § 1344] |
| vs. ) | (Count 1) |
| ) | |
| ) | **AGGRAVATED IDENTITY THEFT** |
| MOHAMED O. SAMIDON, ) | [18 U.S.C. § 1028A(a)(1)] |
| ) | (Count 2) |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES:

**INTRODUCTION**

At all times material to this Information:

1. Bank of Guam ("BOG") was a financial institution located in Hagatna, Guam, with a branch office in San Francisco, California, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

2. Bank of Hawaii ("BOH") was a financial institution located in Honolulu, Hawaii, with a branch office in Hagatna, Guam, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

3. On or about February 26, 2007, the defendant, MOHAMED O. SAMIDON,

opened a checking account (No. XXXX-XX3913) under his own name at the BOH branch located at Hagatna, Guam.

4. On or about February 26, 2007, the defendant, MOHAMED O. SAMIDON, deposited into his BOH checking account, and was given credit for, a stolen 2004 tax refund check in the amount of $7,182.58, belonging to G.H.S. and G.G.S. - individuals whose full names are known to the parties, and drawn on the account of Government of Guam ("GovGuam") at the BOG.

5. On or about March 2, 2007, the defendant, MOHAMED O. SAMIDON, deposited into his BOH checking account, and was given credit for, a stolen 2005 tax refund check in the amount of $6,981.94, belonging to G.H.S. and G.G.S. - individuals whose full names are known to the parties, and drawn on the account of GovGuam at the BOG.

## **COUNT I - BANK FRAUD**

6. The allegations of Paragraphs 1 through 5 of the Introduction to the Information are incorporated by reference.

7. Beginning on or about February 26, 2007, and continuing through on or about August 13, 2007, in the District of Guam and elsewhere, the defendant, MOHAMED O. SAMIDON, did unlawfully and knowingly execute and attempt to execute a scheme and artifice to defraud two federally insured financial institutions, to-wit: Bank of Hawaii and Bank of Guam, and to obtain money, funds, and property owned by, and under the custody and control of the financial institutions, by means of material false and fraudulent pretenses, representations, and promises.

8. It was part of the scheme and artifice that the Defendant, MOHAMED O. SAMIDON, deposited and caused to be deposited into his BOH checking account two tax refund checks, totaling $14,164.52 and drawn on the account of GovGuam at the BOG, and purporting to have been endorsed by the payees for deposit to Defendant, when in truth and fact as the Defendant then well knew, the Defendant stole said checks and forged the endorsement

2

signatures of the payees, in order to falsely inflate the balance of his BOH account.

9. It was further part of the scheme and artifice that after these deposits were made, the defendant, MOHAMED O. SAMIDON, wrote checks and withdraw funds from his account at BOH based on the falsely inflated account balances that the defendant created from the deposits of the two stolen and forged checks:

| DATE | CHECK # | BANK | AMOUNT | PAYOR | PAYEE |
|---|---|---|---|---|---|
| 02/26/07 | 0087635 | BOH | $ 7,182.58 | GovGuam | G.H.S. and G.G.S. |
| 03/0207 | 0087879 | BOH | $ 6,981.94 | GovGuam | G.H.S. and G.G.S. |

All in violation of Title 18, United States Code, Section 1344.

## COUNT II - AGGRAVATED IDENTITY THEFT

From on or about February 26, 2007, and continuing on or about March 2, 2007, in the District of Guam, the defendant, MOHAMED O. SAMIDON, did, without lawful authority, knowingly possess and use a means of identification of another person, - - the name of G.H.S. - - an individual whose full name is known to the parties, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, bank fraud in violation of 18 U.S.C. § 1344 as alleged in Count I, which counts is incorporated herein by reference, all in violation of 18 U.S.C. § 1028A(a)(1).

Dated this 17th day of October 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

3

<u>**Criminal Case Cover Sheet**</u>            <u>**U.S. District Court**</u>

**Place of Offense:**

City    Hagåtña        Related Case Information:      **07-00099**

Country/Parish   N/A       Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__    Matter to be sealed: ____ Yes __X__ No

Defendant Name    Mohamed O. Samidon

Allisas Name    _____

Address    _____

**RECEIVED OCT 17 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

Birth date __XX/XX/1967__ SS#__XXX-XX-0093__ Sex __M__ Race __A__ Nationality __US__

**U.S. Attorney Information:**

AUSA   Marivic P. David

Interpreter: __X__ No ____ Yes      List language and/or dialect: __N/A__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __2__      ____ Petty ____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1344 | BANK FRAUD | 1 |
| Set 2 | 18 U.S.C. § 1028(a)(1) | AGGRAVATED IDENTITY THEFT | 2 |
| Set 3 | | | |
| Set 4 | | | |

(Continued on reverse)

Date: 10/17/07    Signature of AUSA: _____