# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

**FILED**
DISTRICT COURT OF GUAM
OCT 1 8 2007 
JEANNE G. QUINATA
Clerk of Court

UNITED STATES OF AMERICA
V.
MOHAMED O. SAMIDON

## WAIVER OF INDICTMENT

CASE NUMBER: 07-00099

I, Mohamed O. Samidon, the above named defendant, who is accused of Count 1, Bank Fraud, in violation of Title 18, United States Code, Section 1344, and Count 2, Aggravated Identity Theft, in violation of Title 18, United States Code, Section 1028A(a)(1)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 10/18/2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer