**FILED**
DISTRICT COURT OF GUAM

OCT 1 8 2007 *pbc*

**JEANNE G. QUINATA**
**Clerk of Court**

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00099 |
| ) | |
| Plaintiff, ) | |
| ) | **CONSENT TO RULE 11 PLEA IN** |
| vs. ) | **A FELONY CASE BEFORE UNITED** |
| ) | **STATES MAGISTRATE JUDGE** |
| MOHAMED O. SAMIDON, ) | |
| ) | |
| Defendant. ) | |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my pleas in this case before a United States District Judge. I hereby declare my intention to enter pleas of guilty in the above case, and I request and consent to the Magistrate Judge conducting the proceedings required by Rule 11, Federal Rules of Criminal Procedure, incident to the making of such pleas. I understand that if the United States Magistrate Judge recommends that the pleas of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32, Federal Rules of Criminal Procedure. I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the pleas of guilty are accepted, will adjudicate guilt and schedule a

///

///

///

///

///

sentencing hearing at which the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

DATED this _18_ day of October 2007.


MOHAMED O. SAMIDON
Defendant


RICHARD P. ARENS
Assistant Federal Public Defender
Attorney for Defendant



APPROVED:


MARIVIC P. DAVID
Assistant U.S. Attorney