IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00099 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER ACCEPTING PLEAS OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |
| MOHAMED O. SAMIDON, | ) | |
| Defendant. | ) | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the Defendant's pleas of guilty to a two-count Information charging him with Bank Fraud, in violation of 18 U.S.C. § 1344, and Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1), are now Accepted and the Defendant is Adjudged Guilty of such offenses. All parties shall appear before this Court for a status hearing on January 16, 2008, at 2:30 p.m.

IT IS SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood
      Chief Judge
Dated: Nov 05, 2007**