PS 40
(REV. 6/05)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO**: United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM**: Maria C. Cruz, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

| **X** | **Original Notice** | | | **Notice of Disposition** |

Date: **October 18, 2007**          Date:

By: **Joaquin V.E. Manibusan, Jr.**          By:
**U.S. Magistrate Judge**

---

| Defendant: | **SAMIDON, Mohamed Omar** | Case Number: | **Criminal Case #07-00099-001** |
| Date of Birth: | **XX-XX-1967** | Place of Birth: | **Badulla, Sri Lanka** |
| SSN: | **XXX-XX-0093** | | |

================================================================

**NOTICE OF COURT ORDER** (Order Date: **October 29, 2007** )

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[X] The above-named defendant surrendered Passport Number **XXXXX** to the custody of the **U.S. Probation Office, District of Guam.**

---

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

---

Distribution:
U.S. District Court
Pretrial Case File
Filed with surrendered passport (if applicable)
Department of State
☐ Not Convicted - PS40/Passport returned to defendant.
☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
☐ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)