LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JAN 1 4 2008
JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00099 |
| | ) | |
| Plaintiff, | ) | **MOTION TO FILE** |
| | ) | **JUSTIFICATION FOR** |
| vs. | ) | **CONTINUING STATUS** |
| | ) | **HEARING UNDER SEAL** |
| MOHAMED O. SAMIDON, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through undersigned counsel, and moves this Honorable Court for an Order allowing it to file under seal its memorandum in justification of the parties' stipulation to continue the status hearing date, in the above-entitled matter. The government makes this motion for the reasons set forth in detail in the memorandum.

RESPECTFULLY SUBMITTED this 14th day of January, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ MARIVIC P. DAVID
MARIVIC P. DAVID
Assistant U.S. Attorney

**ORIGINAL**