LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00099 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| MOHAMED O. SAMIDON, | ) | |
| Defendant. | ) | |

Based on the government's motion to file under seal the justification for continuing the status hearing currently scheduled for January 16, 2008, and the court finding good cause for the issuance of the order,

**IT IS HEREBY ORDERED** that the justification be filed under seal *nunc pro tunc* to January 14, 2008.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Jan 15, 2008**