LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

MAY 0 7 2008

**JEANNE G. QUINATA**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00099 |
| Plaintiff, | **STIPULATION OF PARTIES** |
| vs. | **TO CONTINUE STATUS HEARING** |
| MOHAMED O. SAMIDON, | |
| Defendant. | |

Comes now the parties, United States of America, by and through the undersigned attorneys, and defendant, MOHAMED O. SAMIDON, by and through his attorney, Richard P. Arens, Assistant Federal Public Defender, and hereby stipulate and request that the status hearing currently set for May 16, 2008, be continued to at least three (3) months thereafter to be set by the Court. The parties make this request for the reason that defendant may be called as a witness in the case of U.S. v. Carlito Dahilig, CR 08-00023, set for trial on July 1, 2008.

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

5/6/08
Date

MARIVIC P. DAVID
Assistant U.S. Attorney

5/6/08
Date

RICHARD P. ARENS
Assistant Federal Public Defender
Attorney for Defendant

**ORIGINAL**