PS 8
(8/88)

# United States District Court

for

THE DISTRICT OF GUAM

U.S.A. vs: **MOHAMED O. SAMIDON**          Docket No.   **CR 07-00099-001**

**Petition for Action on Conditions of Pretrial Release**

COMES NOW         MARIA C. CRUZ        , Pretrial Services Officer, presenting an official report upon the conduct of       Mohamed O. Samidon       who was placed under pretrial release supervision by the Honorable       Joaquin V.E. Manibusan, Jr.       sitting in the court at     Hagatna, Guam     on    18th    date of    October   , 20   07   under the following conditions:

Report to the U.S. Probation Office as directed for supervision; maintain or actively seek employment; surrender any passport to U.S. Probation Office; obtain no passport; abide by the following restriction by maintaining a fixed residence and not change address without permission of the court; avoid all contact, directly or indirectly with any persons who are or who may become a victim or potential witness in the subject investigation of prosecution, including but not limited to Mr. Glenn Shibao; refrain from possessing a firearm, destructive device, or other dangerous weapon; refrain from any use of alcohol; submit to any method of testing required by the pretrial services officer or the supervising officer for determining whether the defendant is using a prohibited substance; report as soon as possible, to the pretrial services officer or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning or traffic stop; comply with the supervised release conditions under U.S. District Court Case No. 01-00077 and pretrial release conditions under Superior Court of Guam, Case No. CF387-07; and submit monthly supervision report between the 1st and 5th of each month.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach)

*The defendant committed a violation of 18 U.S.C. § 3142(c)(A)*

**See attached Declaration in Support of Petition, Re: Violation of Pretrial Release Conditions, Request for a Summons submitted by U.S. Probation Officer Maria C. Cruz**

PRAYING THAT THE COURT WILL

Pursuant to 18 U.S.C. § 3148(b), order that a Summons be issued and that this matter be set for a hearing, and at that hearing, the defendant be held to answer or show cause why bail should not be revoked or why conditions of release should not be revoked.

|  |  |
|---|---|
| ORDER OF COURT | Respectfully, |
| Considered and ordered this _____ day of _____, ____ and ordered filed and made a part of the records in the above case. | /s/ MARIA C. CRUZ <br> U.S. Pretrial Services Officer <br><br> Place:   Hagåtña, Guam <br> Date:    July 03, 2008 |