**IN THE UNITED STATES DISTRICT COURT
FOR THE
TERRITORY OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00099-001 |
| Plaintiff, | ) | |
| vs. | ) | **DECLARATION IN SUPPORT OF PETITION** |
| MOHAMED O. SAMIDON, | ) | |
| Defendant. | ) | |

**Re:   Violation of Pretrial Release Conditions, Request for a Summons**

I, U.S. Probation Officer Maria C. Cruz, am supervising the Court-ordered pretrial release conditions for Mohamed O. Samidon, and in that capacity declare as follows:

On October 18, 2007, Mohamed O. Samidon appeared before the Honorable Joaquin V. E. Manibusan, Jr., U.S. Magistrate Judge, for an Initial Appearance, Waiver of Indictment, Filing of Information, and Entry of Plea hearing. He is charged with the offenses, to wit: Count I - Bank Fraud, in violation of 18 U.S.C. § 1344; and Count II - Aggravated Identify Theft, in violation of 18 U.S.C. § 1028A(a)(1). The Court accepted the defendant's guilty plea and set a Status Hearing, now scheduled for August 19, 2008. The defendant was released on a personal recognizance bond with conditions, foremost of which is the mandatory condition that he not commit any offense in violation of federal, state or local law during the pendency of this case. The defendant is alleged to have violated the following condition of release:

**Mandatory Condition:** *The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.*

On June 24, 2008, the Hagatna Detention Facility Daily Confinement report revealed that Mohamed Omar Samidon was confined on June 23, 2008, relative to an arrest by the Guam Police Department, under Case No. KY08-16007 for Terrorizing, Family Violence, Stalking and Unlawful Restraint.

Declaration in Support of Petition
Re: SAMIDON, Mohamed O.
Page 2

On June 25, 2008, the Probation Officer obtained a Magistrate's Complaint, filed by Guam Assistant Attorney General J. Basil O'Mallan III, which charged Mr. Samidon with the offenses, to wit: <u>First Charge</u>: Terrorizing (as a 3rd Degree Felony); <u>Second Charge</u>: Family Violence (as a Misdemeanor); and *Special Allegation* - Commission of a Felony While on Felony Release. The Complaint is docketed in the Superior Court of Guam under Case No. CF0287-08.

The Magistrate's Complaint summarized that on or about June 23, 2008 police officers were dispatched on a report of a disturbance at the Farenholt Laundromat in Tamuning, Guam. Upon their arrival, they met a female individual who informed them that her ex-boyfriend, Mohamed Samidon, had been following her and refused to leave her alone. The woman also advised officers that she had received a text message from Mohamed Samidon wherein he threatened that if she did not come back to him he would kill her and then himself. The woman told police that she was in fear for her life because of Samidon's actions and comments. Police officers observed that the woman's vehicle was being blocked by a red vehicle.

Police officers then approached the operator of the red vehicle, who was identified as Mohamad Omar Samidon. Police learned that Samidon and the woman had been in a relationship and Samidon refused to accept that their relationship was over. Samidon waived his Miranda rights and told officers that he never threatened the woman or said that he was going to kill himself, but he did admit telling her, "I'm tired. I feel like ending my life." As a result of their investigation, police officers arrested Samidon on sufficient probable cause.

On June 24, 2008, Mr. Samidon appeared for a Magistrate's Hearing before Superior Court of Guam Judge Steven S. Unpingco. He was confined in lieu of $10,000 cash bail. Mr. Samidon's next court hearing is set for July 3, 2008.

**Special Condition:** *The defendant shall comply with the supervised release conditions under U.S. District Court Case No. 01-00077 and pretrial release conditions under Superior Court of Guam, Case No. CF387-07.*

Mr. Samidon failed to comply with his supervised release conditions under U.S. District Court Case No. 01-00077 and pretrial release conditions under Superior Court of Guam, Case No. CF387-07 as he committed a new crime.

**Supervision Compliance:** At the time of his arrest, Mr. Samidon had been in compliance with his conditions of release.

Declaration in Support of Petition
Re: SAMIDON, Mohamed O.
Page 3

**Recommendation:**  The Probation Officer respectfully requests, pursuant to 18 U.S.C. § 3148, that this matter be scheduled for a hearing and a Summons be issued for the defendant's appearance to determine if his release should be revoked or modified.

     I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

     Executed this 3rd day of July 2008, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

     Respectfully submitted,

     ROSSANNA VILLAGOMEZ-AGUON
     Chief U.S. Probation Officer

By:  /s/ MARIA C. CRUZ
     U.S. Probation Officer

Reviewed by:

/s/ CHRISTOPHER J. DUENAS
Acting Chief U.S. Probation Officer

cc:    Marivic P. David, AUSA
       Richard P. Arens, AFPD
       File