# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| UNITED STATES OF AMERICA<br>V.<br><br>**MOHAMED O. SAMIDON**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    CR-07-00099-001 |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**District Court of Guam**<br>**3rd Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>Before:    HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | Room<br>**302**<br><br>Date and Time<br>**Tuesday, July 15, 2008 at 10:30 a.m.** |

To answer a(n)
☐ Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    **X** Violation Notice

Charging you with a violation of Title    **18**    United States Code, Section(s)    **3148(b)**

Brief description of offense:

See Petition for Action on Conditions of Pretrial Release, filed separately on July 3, 2008

**RECEIVED**
JUL    2008
US MARSHALS SERVICE-GUAM

**FILED**
DISTRICT COURT OF GUAM
JUL 0 9 2008
JEANNE G. QUINATA
Clerk of Court

ORIGINAL

| MARILYN B. ALCON; Deputy Clerk<br>Name and Title of Issuing Officer | Marilyn B. Alcon<br>Signature of Issuing Officer |
| July 3, 2008<br>Date | |

# RETURN OF SERVICE

Service was made by me on:[1]     Date   7/8/08

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: *Agena Lockup, Agana Guam*

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   7/8/08
            Date

Name of United States Marshal: *Jose Salas*

(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.