1  LEONARDO M. RAPADAS
   United States Attorney
2  MARIVIC P. DAVID
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
4  Hagåtña, Guam 96910
   TEL: (671) 472-7332
5
   Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00099 |
| Plaintiff, | ) |
| vs. | ) **MOTION FOR WRIT OF HABEAS** |
| MOHAMED O. SAMIDON, | ) **CORPUS AD PROSEQUENDUM** |
| Defendant. | ) |

The United States of America, by and through undersigned counsel, hereby moves this Honorable Court for an order for a Writ of Habeas Corpus Ad Prosequendum. The defendant, MOHAMED O. SAMIDON, is now in the custody of the Territorial Detention Center and that said prisoner is required to appear before this Court on July 15, 2008, at 10:30 a.m. for his appearance on a supervised release violation hearing in the United States District Court of Guam and whenever necessary hereafter to attend court appearances in the above-entitled case and upon completion of said prosecution and/or court appearances and/or upon further order of the court, return said prisoner to his place of confinement.

Dated this 15th day of July 2008.

                                                                      LEONARDO M. RAPADAS
                                                                       United States Attorney
                                                                       Districts of Guam and NMI

                                                    By:   /s/ Marivic P. David
                                                              MARIVIC P. DAVID
                                                              Assistant U.S. Attorney