LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00099 |
| Plaintiff, | |
| vs. | **WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| MOHAMED O. SAMIDON, | |
| Defendant. | |

TO: OFFICER IN CHARGE
     Territorial Detention Center
     Territory of Guam

    This Court finds that MOHAMED O. SAMIDON. is now in the custody of the Territorial Detention Center and that said prisoner is required to appear before this Court on July 15, 2008, at 10:45 a.m. for his appearance on a supervised release violation hearing in the United States District Court of Guam.

    **IT IS HEREBY ORDERED** that the Officer in Charge of the Territorial Detention Center or his authorized agent or any Federal law enforcement agent shall produce MOHAMED O. SAMIDON., before this Court on July 15, 2008 at 10:45 a.m. and whenever necessary hereafter to attend court appearances in the above-entitled case and upon completion of said

1 | prosecution and/or court appearances and/or upon further order of the court, return said prisoner
2 | to his place of confinement.
3 |     **SO ORDERED** this 15th day of July 2008.



/s/ **Joaquin V.E. Manibusan, Jr.**
    **U.S. Magistrate Judge**