# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00099 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| **MOHAMED O. SAMIDON,** | |
| Defendant. | |

This case came before the court on July 15, 2008 on an Initial Appearance and Order to Show Cause Why Pretrial Release Conditions Should Not Be Revoked. At the hearing, counsel for Defendant Mohamed O. Samidon requested that the case be set for sentencing. Accordingly, the court scheduled sentencing for October 17, 2008 at 9:30 a.m. before Chief Judge Frances Tydingco-Gatewood.

Therefore, the court **HEREBY VACATES** the status hearing currently scheduled for August 19, 2008 at 2:30 p.m.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Jul 17, 2008